| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reed Envelope Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1579926** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6310 G-H Gravel Avenue**<br>**Alexandria, VA**<br>ZIP Code **22310** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed Envelope Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed Envelope Co., Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Richard Rosenblatt**
Signature of Attorney for Debtor(s)

  **Richard Rosenblatt 33802 - VA**
Printed Name of Attorney for Debtor(s)

  **Law Offices of Richard B. Rosenblatt, PC**
Firm Name
  **Suite 302**
  **30 Courthouse Square**
  **Rockville, MD 20850**

Address

  **Email: sassaraf@rosenblattlaw.com**
  **301.838.0098  Fax: 301.838.3498**
Telephone Number

  **February 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Christopher Reed**

Signature of Authorized Individual
  **Christopher Reed**
Printed Name of Authorized Individual
  **President**
Title of Authorized Individual
  **February 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Reed Envelope Co., Inc.**

                                            Debtor(s)

Case No.                           
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aetna<br>PO Box 7247-0221<br>Philadelphia, PA 19170-0221 | Aetna<br>PO Box 7247-0221<br>Philadelphia, PA 19170-0221 | | | 8,604.00 |
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-0797 | AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-0797 | | | 1,366.26 |
| BSI<br>3717 Decatur Avenue<br>Kensington, MD 20895 | BSI<br>3717 Decatur Avenue<br>Kensington, MD 20895 | | | 3,739.35 |
| Christopher and Karla Reed<br>8630 Meadow Edge Terrace<br>Fairfax Station, VA 22039 | Christopher and Karla Reed<br>8630 Meadow Edge Terrace<br>Fairfax Station, VA 22039 | loans to business | | 270,551.88 |
| County of Fairfax<br>Dept. of Tax Administration<br>PO Box 10202<br>Fairfax, VA 22035 | County of Fairfax<br>Dept. of Tax Administration<br>PO Box 10202<br>Fairfax, VA 22035 | Taxes owed | | 4,237.45 |
| Delco Packaging Products<br>Rt.392 Hurlock Industrial Park<br>100 Division Street<br>Hurlock, MD 21643 | Delco Packaging Products<br>Rt.392 Hurlock Industrial Park<br>100 Division Street<br>Hurlock, MD 21643 | | | 4,596.87 |
| Dominion Virginia Power<br>PO Box 649001<br>Richmond, VA 23290-0001 | Dominion Virginia Power<br>PO Box 649001<br>Richmond, VA 23290-0001 | | | 1,042.91 |
| FC Meyer Packaging<br>PO Box 826193<br>Philadelphia, PA 19182-6193 | FC Meyer Packaging<br>PO Box 826193<br>Philadelphia, PA 19182-6193 | | | 1,085.00 |
| Frank Gumpert Printing<br>1789 McGuckian Street<br>Annapolis, MD 21401 | Frank Gumpert Printing<br>1789 McGuckian Street<br>Annapolis, MD 21401 | | | 1,033.00 |
| Frank Parsons Paper Co.<br>1300 Mercedes Drive<br>Hanover, MD 21076 | Frank Parsons Paper Co.<br>1300 Mercedes Drive<br>Hanover, MD 21076 | | | 6,164.39 |
| Gadge USA, Inc.<br>1979 Marcus Avenue<br>Lake Success, NY 11042 | Gadge USA, Inc.<br>1979 Marcus Avenue<br>Lake Success, NY 11042 | | | 1,566.74 |

In re   **Reed Envelope Co., Inc.**                                      Case No.
_____                        _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19154** | **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19154** | **Taxes owed** | | **89,040.18** |
| **International Paper**<br>**PO Box 644095**<br>**Pittsburgh, PA 15264-4095** | **International Paper**<br>**PO Box 644095**<br>**Pittsburgh, PA 15264-4095** | | | **5,000.00** |
| **Oles Envelope Corp.**<br>**532 East 25th Street**<br>**Baltimore, MD 21218** | **Oles Envelope Corp.**<br>**532 East 25th Street**<br>**Baltimore, MD 21218** | | | **3,000.00** |
| **Palmetto Adhesives**<br>**PO Box 2758**<br>**Greenville, SC 29602** | **Palmetto Adhesives**<br>**PO Box 2758**<br>**Greenville, SC 29602** | | | **1,846.60** |
| **Plastic Suppliers**<br>**Dept. 710763**<br>**Columbus, OH 43271-0763** | **Plastic Suppliers**<br>**Dept. 710763**<br>**Columbus, OH 43271-0763** | | | **5,150.56** |
| **Sheehan Insurance**<br>**PO Box 764**<br>**Haymarket, VA 20168** | **Sheehan Insurance**<br>**PO Box 764**<br>**Haymarket, VA 20168** | | | **1,484.70** |
| **VF III Fleet, LLC**<br>**c/o Velsor Properties**<br>**1420 Spring Hill Road, #335**<br>**Mc Lean, VA 22102** | **VF III Fleet, LLC**<br>**c/o Velsor Properties**<br>**1420 Spring Hill Road, #335**<br>**Mc Lean, VA 22102** | **rent** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **34,257.50** |
| **Washington Gas**<br>**PO Box 96502**<br>**Washington, DC 20090-6502** | **Washington Gas**<br>**PO Box 96502**<br>**Washington, DC 20090-6502** | | | **1,199.61** |
| **Xpedx**<br>**PO Box 644520**<br>**Pittsburgh, PA 15264-4520** | **Xpedx**<br>**PO Box 644520**<br>**Pittsburgh, PA 15264-4520** | | | **14,995.05** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 11, 2010**                    Signature   **/s/ Christopher Reed**
_____                            _____
                                                            **Christopher Reed**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Reed Envelope Co., Inc.**

                                Debtor

Case No. _____

Chapter                  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Reed**<br>**8630 Meadow Edge Terrace**<br>**Fairfax Station, VA 22039** | **69 percent of shares** | | |
| **Karla Reed**<br>**8630 Meadow Edge Terrace**<br>**Fairfax Station, VA 22039** | **23 percent of shares** | | |
| **LA Associates, LLC**<br>**c/o Production Solutions**<br>**1953 Gallows Road, Suite 300**<br>**Vienna, VA 22182** | **8 percent of shares** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 11, 2010**                Signature  **/s/ Christopher Reed**_____

                                                                   **Christopher Reed**<br>                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___   continuation sheets attached to List of Equity Security Holders

Aetna
PO Box 7247-0221
Philadelphia, PA 19170-0221


AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797


BSI
3717 Decatur Avenue
Kensington, MD 20895


Christopher and Karla Reed
8630 Meadow Edge Terrace
Fairfax Station, VA 22039


County of Fairfax
Dept. of Tax Administration
PO Box 10202
Fairfax, VA 22035


Delco Packaging Products
Rt.392 Hurlock Industrial Park
100 Division Street
Hurlock, MD 21643


Dominion Virginia Power
PO Box 649001
Richmond, VA 23290-0001


FC Meyer Packaging
PO Box 826193
Philadelphia, PA 19182-6193


Frank Gumpert Printing
1789 McGuckian Street
Annapolis, MD 21401


Frank Parsons Express
1300 Mercedes Drive
Hanover, MD 21076


Frank Parsons Paper Co.
1300 Mercedes Drive
Hanover, MD 21076

G&K Services
805 Gust Lane
Portsmouth, VA 23701


Gadge USA, Inc.
1979 Marcus Avenue
Lake Success, NY 11042


GMAC
PO Box 9001948
Louisville, KY 40290-1948


Internal Revenue Service
11601 Roosevelt Boulevard
Philadelphia, PA 19154


International Paper
PO Box 644095
Pittsburgh, PA 15264-4095


Lyon Financial Services
1310 Madrid Street
Suite 106
Marshall, MN 56258


Oles Envelope Corp.
532 East 25th Street
Baltimore, MD 21218


Palmetto Adhesives
PO Box 2758
Greenville, SC 29602


Plastic Suppliers
Dept. 710763
Columbus, OH 43271-0763


Sheehan Insurance
PO Box 764
Haymarket, VA 20168


Stefan Black, Esquire
Odin, Feldman, & Pittlemen, PC
9302 Lee Hwy, #1100
Fairfax, VA 22031

Verizon
PO Box 660720
Dallas, TX 75266-0720


VF III Fleet, LLC
c/o Velsor Properties
1420 Spring Hill Road, #335
Mc Lean, VA 22102


Walker Supply Company
45 Derwood Circle
Rockville, MD 20850


Washington Gas
PO Box 96502
Washington, DC 20090-6502


Waste Management of Virginia
PO Box 13648
Philadelphia, PA 19101-3648


Xpedx
PO Box 644520
Pittsburgh, PA 15264-4520

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Reed Envelope Co., Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Reed Envelope Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2010**

Date

**/s/ Richard Rosenblatt**

**Richard Rosenblatt**

Signature of Attorney or Litigant

Counsel for  **Reed Envelope Co., Inc.**

**Law Offices of Richard B. Rosenblatt, PC**

**Suite 302**
**30 Courthouse Square**
**Rockville, MD 20850**
**301.838.0098 Fax:301.838.3498**
**sassaraf@rosenblattlaw.com**